IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN ALLEN WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:18-cv-170-JTA |
| | ) | (WO) |
| THE CITY OF DOTHAN, | ) | |
| ALABAMA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered herewith, it is the

ORDER, JUDGMENT, and DECREE of the Court as follows:

1. Defendants' motion for summary judgment is GRANTED as to Count I of the
   Second Amended Complaint.

2. Count I of the Second Amended Complaint is DISMISSED with prejudice.

3. Count II of the Second Amended Complaint is DISMISSED without prejudice.

4. The costs of this action should be taxed as paid.

5. All pending motions are denied as moot.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 21st day of December, 2020.

/s/ Jerusha T. Adams
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE